AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   1:25-mj-357 |
| | ) | |
| Jose Salvador Gonzalez-Rodriguez | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 4, 2025___ in the county of ___Warren___ in the ___Southern___ District of ___Ohio___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) and (b)(1) | Illegal Reentry of a Deported Alien with a prior criminal conviction |

This criminal complaint is based on these facts:

> See Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA RYAN SUTPHIN, HSI/ICE

_____
*Printed name and title*

Sworn to before me and signed in my presence.
**via FaceTime video**

Date: ___Apr 22, 2025___

_____
Karen L. Litkovitz
United States Magistrate Judge

City and state: ___Cincinnati, Ohio___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **JOSE SALVADOR GONZALEZ-RODRIGUEZ** | **Criminal No.** \_\_1:25-mj-357_____ |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan Sutphin, being duly sworn, do hereby depose and say:

1.      I am a Special Agent (SA) with Homeland Security Investigations (HSI), a component of Immigration and Customs Enforcement (ICE), within the Department of Homeland Security (DHS). In my capacity as a SA with HSI, I received training concerning immigration-related crimes, and I have conducted investigations involving such offenses.

2.      This affidavit is made in support of a criminal complaint and arrest warrant for Jose Salvador Gonzalez-Rodriguez (hereinafter referred to as "Gonzalez-Rodriguez"), charging him with violating Title 8, United States Code, Sections 1326(a) and (b)(1), Reentry of a Removed Alien After Conviction for a Felony.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from official documents, databases, other law enforcement agents and witnesses.  This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into this matter.

3.      On or about April 4, 2025, Gonzalez-Rodriguez was arrested in the City of Mason, Ohio, located within the Southern District of Ohio, for Receipt of Stolen Property. The

1

Mason Police Department then detained Gonzalez-Rodriguez at the Mason Police Department, pending interview and booking into Warren County Jail.

4.     That same day, Gonzalez-Rodriguez was interviewed by your affiant, where Gonzalez-Rodriguez admitted to being a Mexican citizen, admitting as well as to having been previously deported and illegally present in the United States.

5.     Based on my training and experience, I know that a DHS "A-File" is a file in which all immigration records are maintained for aliens admitted or found to be illegally present in the United States. I also know that a DHS A-File usually contains forms, photographs, fingerprints, court records of conviction, and all records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the DHS A-File is maintained.  The A-file corresponds with an "A-number", a unique number assigned to foreign nationals as they undergo proceedings through the United States immigration system. Gonzalez-Rodriguez's A-file is maintained under A-number 204350331.  I know that in addition to A-files, DHS utilizes numerous databases and indices to store immigration related information that correlates with documents found in the A-file.

6.     On or about April 4, 2025, I reviewed the above-mentioned databases, and determined the following:

a.     On or about September 9, 2019, Gonzalez-Rodriguez was encountered in the United States by Border Patrol Agents at or near the Laredo, Texas Border Patrol Station.  Upon interview, Gonzalez-Rodriguez admitted to entering the United States without inspection and was ordered expedited removed from the United States by Border Patrol Agents. On or about September 12, 2019, Gonzalez- Rodriguez pled guilty to a violation of 8 U.S.C. § 1325(a)(1) through a Criminal Complaint out of the Southern

2

District of Texas. On or about October 8, 2019, Gonzalez-Rodriguez was officially removed and deported from the United States at or near Laredo, Texas.

b.      On or about December 20, 2019, Gonzalez-Rodriguez was again found in the United States, by Border Patrol Agents at or near the Laredo, Texas Border Patrol Station. Upon interview, Gonzalez-Rodriguez admitted to having reentered the United States on or about December 17, 2019, without inspection.  Border Patrol Agents reinstated Gonzalez-Rodriguez's prior removal.  Gonzalez-Rodriguez was subsequently charged with violation of 18 U.S.C. 1326(a) Re-Entry of a Deported Alien in the Southern District of Texas.

c.      On or about February 7, 2020, Gonzalez-Rodriguez pled guilty to 18 U.S.C. 1326(a) as charged in an Indictment out of the Southern District of Texas. On or about March 18, 2020, following Gonzalez-Rodriguez's release from imprisonment, Gonzalez-Rodriguez was again officially removed and deported from the United States at or near Laredo, Texas.

7.      I also reviewed DHS Indices that track lawful entries into the United States. Those indices indicated that Gonzalez-Rodriguez had not lawfully entered the United States nor had he applied for nor obtained permission from the Attorney General of the United States or her designated successor or the Secretary of Homeland Security to reenter the United States legally since Gonzalez-Rodriguez had last been deported.

8.      Based on the foregoing facts, there is probable cause to believe that Gonzalez-Rodriguez has violated Title 8, United States Code, Sections 1326(a) and (b)(1): Reentry of a Removed Alien After Conviction for a Felony.

(CONTINUED ON NEXT PAGE)

3

Ryan Sutphin
Special Agent – HSI


Subscribed and sworn to before me on this  22  day of April, 2025.


Karen L. Litkovitz
United States Magistrate Judge